**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.G., by and through his Guardian Ad Litem, ROSA MARIA MURILLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, JERRY POWERS, BRIAN YOUNG, ANTHONY DAVIS, COLLIE SIMMONS, NATALLY MEZA, and DOES 1 TO 10, inclusive,<br><br>Defendants. | CASE NO. CV 13-04985 BRO (RZx)<br><br>ORDER RE: PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS [Doc #44] |

The Motion to Compel Production of Documents of Plaintiff N.G. (hereafter "Motion") came before the Court for hearing on September 29, 2014. After reviewing and considering all written briefs filed in support of and in opposition to the Motion, including the Joint Stipulation and Supplemental Memoranda filed by Plaintiff N.G. and Defendant COUNTY OF LOS ANGELES, as well as the oral arguments advanced by counsel at the hearing, the Court GRANTS Plaintiff's Motion as follows:

1. The Court finds that the documents sought in Plaintiff's Motion are discoverable.

2. Defendant COUNTY is not asserting any privilege.

      3.     Within seven (7) days of the date of this order, Defendant COUNTY shall produce copies of all INVESTIGATION REPORTS in the possession of the Los Angeles County Probation Department, which the Court understands are not presently in the physical possession of the Los Angeles Superior Court, including but not limited to the following:

          a.     The entire investigation file, including but not limited to incident reports, police reports, SCAR reports to Dept. of Children and Family Services, reports to Child Abuse Hotline, witness statements, defendant statements, pertaining to the physical assaults alleged by Plaintiff N.G. which are the subject of this action; and

          b.     Medical reports by nurses, doctors, and mental health counselors which concern, reference, or discuss Plaintiff N.G.'s injuries from the physical assaults which are the subject of this action.

      4.     Defendant COUNTY is ordered to maintain the INVESTIGATION REPORTS separate from any Juvenile Court case file to enable production without delay and without involving the County of Los Angeles Superior Court - Juvenile Division Clerk.

      5.     The following method of production shall be used if any of the discoverable documents are contained in the Juvenile Court files of any of the following Involved Juveniles:

          a.     N.G.:  (Juvenile Case No. FJ49412 / PDJ# P390148)
               (Date of Birth: 1998);

          b.     J.M.:  (Juvenile Case No. VJ40831 / PDJ# P340820)
               (Date of Birth: 1996);

          c.     M.M.:  (Juvenile Case No. KJ35924 / PDJ# P381244)
               (Date of Birth: 1995);

          d.     J.A.:  (Juvenile Case No. FJ44816 / PDJ# P346974)
               (Date of Birth: 1995).

1    The Court requests that the Clerk of the Juvenile Court upon receipt of this
2 Order arrange for a date within 14 calendar days of this Order, whereby a third party copy
3 and/or scanning company agreed upon by all counsel, may report to the Clerk's office at
4 201 Centre Plaza Drive, Monterey Park, California 91754, to copy and/or scan the
5 documents on-site.  The documents produced pursuant to this Order will be electronically
6 Bates stamped in the Adobe Acrobat software by the copy company after scanning.  The
7 copy company will then distribute copies of the disks to each party; and then delete any
8 copies of any documents, in any form, once receipt is confirmed by all counsel of
9 functioning disks containing the scanned documents.  The costs of the scanning and
10 distribution shall be shared equally between the parties.

11    6.    Production of any document sought in Plaintiff's Motion will be used
12 in this litigation only and will be subject to the Protective Order signed by the Court.

13    IT IS SO ORDERED.

15    DATED:  October 7, 2014

      _____
           RALPH ZAREFSKY
      UNITED STATES MAGISTRATE JUDGE