**Tomas A. Guterres, Esq. (State Bar No. 152729)**
**Erin R. Dunkerly, Esq. (State Bar No. 260220)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA 91030**
**(626) 243-1100 – FAX (626) 243-1111**
**Email: tguterres@ccmslaw.com**
**Email: edunkerly@ccmslaw.com**
Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.G., by and through his Guardian Ad Litem, ROSA MARIA MURILLO, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, JERRY POWERS, BRIAN YOUNG, ANTHONY DAVIS, COLLIE SIMMONS, and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO. CV13-04985-BRO (RZx) <br> *[Assigned to the Hon. Beverly Reid O'Connell, Courtroom 14]* <br><br> **ORDER DISMISSING SECOND AMENDED COMPLAINT WITH PREJUDICE** <br><br> *[Filed Concurrently with Joint Stipulation to Dismiss Action with Prejudice]* |

Pursuant to Federal Rules of Civil Procedure 41, the parties to this action have submitted a Stipulation to Dismiss with prejudice the Second Amended Complaint of Plaintiff N.G., by and through his Guardian Ad Litem, ROSA MARIA MURILLO (hereinafter "PLAINTIFF") filed on December 23, 2013 in accordance with the terms

18818

1
**[PROPOSED] ORDER DISMISSING SAC WITH PREJUDICE**

of the global settlement reached by and between all parties in the action. Accordingly, the Second Amended Complaint is hereby dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: November 24, 2015  _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE